**MICHAEL N. FEUER,** City Attorney - SBN 111529x
**THOMAS H. PETERS,** Chief Assistant City Attorney
**CORY M. BRENTE,** Supervising Assistant City Attorney
**DENISE C. ZIMMERMAN**, Deputy City Attorney - SBN 191992
denise.zimmerman@lacity.org
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California  90012
Telephone No.: (213) 978-7032
Facsimile No.:    (213) 978-8785

*Attorneys for Defendants*
**CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDSELL FORD, individually and as Successor-in-Interest of Decedent Ezell Ford and TRITOBIA FORD, individually, and as Successor-in-Interest of Decedent Ezell Ford,<br><br>*Plaintiffs,*<br><br>vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT; OFFICER SHALTON WAMPLER; OFFICER ANTONIO VILLEGAS and DOES 1 - 10, inclusive,<br><br>*Defendants.* | Case No.: CV14-7268JFW (MANx)<br>*Assigned to Hon. John F. Walter*<br>*Complaint Filed: 09-17-14*<br><br>**ANSWER OF DEFENDANTS, CITY OF LOS ANGELES AND LOS ANGELES POLICE DEPARTMENT, TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT**:

COMES NOW, Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT answering the Plaintiffs' Complaint for Damages for themselves and for no other parties, admitting, denying and alleging as follows:

1.  Answering paragraph 1, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

2.  Answering paragraph 2, no factual allegations are made therein, and on that

1

1 | basis the paragraph goes unanswered.
2 |     3.    Answering paragraph 3, defendants admit the allegations contained therein.
3 |     4.    Answering paragraph 4, defendants admit the allegations contained therein.
4 |     5.    Answering paragraph 5, defendants admit the allegations contained therein.
5 |     6.    Answering paragraph 6, defendants deny the allegations contained therein.
6 |     7.    Answering paragraph 7, defendants lack sufficient information and belief
7 | upon which to answer the allegations contained therein, and on that basis deny the
8 | allegations.
9 |     8.    Answering paragraph 8, defendants lack sufficient information and belief
10 | upon which to answer the allegations contained therein, and on that basis deny the
11 | allegations.
12 |     9.    Answering paragraph 9, no factual allegations are made therein, and on that
13 | basis the paragraph goes unanswered.
14 |     10.    Answering paragraph 10, defendants lack sufficient information and belief
15 | upon which to answer the allegations contained therein, and on that basis deny the
16 | allegations.
17 |     11.    Answering paragraph 11, defendants deny the allegations contained therein.
18 |     12.    Answering paragraph 12, defendants deny the allegations contained therein.
19 |     13.    Answering paragraph 13, defendants deny the allegations contained therein.
20 |     14.    Answering paragraph 14, defendants deny the allegations contained therein.
21 |     15.    Answering paragraph 15, defendants deny the allegations contained therein.
22 |     16,    Answering paragraph 16, defendants deny the allegations contained therein.
23 |     17.    Answering paragraph 17, defendants deny the allegations contained therein.
24 |     18.    Answering paragraph 18, defendants deny the allegations contained therein.
25 |     19.    Answering paragraph 19, defendants deny the allegations contained therein.
26 |     20.    Answering paragraph 20, defendants deny the allegations contained therein.
27 |     21.    Answering paragraph 21, defendants deny the allegations contained therein
28 |     22.    Answering paragraph 22, which incorporate by reference the allegations of

other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

23. Answering paragraph 23, defendants deny the allegations contained therein

24. Answering paragraph 24, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

25. Answering paragraph 25, defendants deny the allegations contained therein

26 Answering paragraph 26, defendants deny the allegations contained therein

27. Answering paragraph 27, defendants deny the allegations contained therein

28. Answering paragraph 28, defendants deny the allegations contained therein

29. Answering paragraph 29, defendants deny the allegations contained therein

30. Answering paragraph 30, defendants deny the allegations contained therein

31. Answering paragraph 31, defendants deny the allegations contained therein

32. Answering paragraph 32, defendants deny the allegations contained therein

33. Answering paragraph 33, defendants deny the allegations contained therein

34. Answering paragraph 34, defendants deny the allegations contained therein

35. Answering paragraph 35, defendants deny the allegations contained therein

36 Answering paragraph 36, defendants deny the allegations contained therein

37. Answering paragraph 37, defendants deny the allegations contained therein

38. Answering paragraph 38, defendants deny the allegations contained therein

39. Answering paragraph 39, which incorporate by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

40. Answering paragraph 40, defendants deny the allegations contained therein

41. Answering paragraph 41, defendants deny the allegations contained therein

42. Answering paragraph 42, defendants deny the allegations contained therein

43. Answering paragraph 43,  defendants deny the allegations contained therein

///

44. Answering paragraph 44, defendants deny the allegations contained therein
45. Answering paragraph 45, defendants deny the allegations contained therein
46. Answering paragraph 46, defendants deny the allegations contained therein
47. Answering paragraph 47, defendants deny the allegations contained therein
48. Answering paragraph 48, defendants deny the allegations contained therein

## **AFFIRMATIVE DEFENSES**

As separate and distinct affirmative defense, the Defendants allege each of the following:

1. Decedent had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

2. The force used against decedent, if any, was caused and necessitated by the actions of decedent, and was reasonable and necessary for self defense.

3. The force used against decedent, if any, was caused and necessitated by the actions of decedent, and was reasonable and necessary for the defense of others.

4. Any state claims are barred for plaintiffs' failure to comply with the provisions of the California Tort Claims Act, Government Code § 910 et seq.

5. As to the federal claims and theories of recovery, OFFICERS SHARLTON WAMPLER AND ANTONIO VILLEGAS, as well as the Doe defendants, to the extent they are law enforcement, are protected from liability under the doctrine of qualified immunity, because their conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

8. Defendants City of Los Angeles, Los Angeles Police Department and all Doe defendants sued in their official capacities are immune from the imposition of punitive damages.

9 The action is barred for lack of standing to sue.

10. Defendants' actions are privileged pursuant to Civil Code §47.

4

11. The Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815, 815.2, 818, 820.2, 820.4, 820.8, 835.4, 844.6, 845.6, 845.8, 850.8, 855.6, 822.2 and 821.6.

Civil Code § 3333.3.

Penal Code §§ 835, 836, 836.5, 847 and 196.

## DEMAND FOR JURY TRIAL

Defendants hereby demand and request a trial by jury in this matter.

WHEREFORE, defendants pray for judgment as follows:

1. That plaintiffs take nothing by this action;
2. That the action be dismissed;
3. That defendants be awarded costs of suit;
4. That defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney fees pursuant to 42 U.S.C. § 1988.

DATED: October 21, 2014

**MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS,** Chief Asst. City Attorney
**CORY M. BRENTE**, Supervising Asst. City Attorney
**DENISE C. ZIMMERMAN**, Deputy City Attorney

By: */S/ Denise C. Zimmerman*
   **DENISE C. ZIMMERMAN**
   Deputy City Attorney

*Attorneys for Defendants* **CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT**

7