| | |
|---|---|
| 1 | **TREYZON & ASSOCIATES, LLP** |
|   | Federico Castelan Sayre, Esq., (SBN: 67420) |
| 2 | Boris Treyzon, Esq., (SBN: 188893) |
| 3 | Alexander J. Perez, Esq. (SBN: 163688)           JS-6 |
|   | 6 Hutton Centre Drive, Suite 600 |
| 4 | Santa Ana, CA   92707 |
| 5 | T: (714) 382-6795 / F: (714) 382-6796 |

6  Attorneys for Plaintiffs, EDSELL FORD, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | | |
|---|---|---|
| EDSELL FORD, individually and as Successor-in-Interest of Decedent Ezell Ford and TRITOBIA FORD, individually, and as Successor-in-Interest of Decedent Ezell Ford, | ) ) ) ) ) ) | **CASE NO: : CV-14-07268-JFW-(JPRx)** <br><br> Assigned for All Purposes to: <br> Hon. John F. Walter |
| Plaintiffs, | ) ) | STIPULATION TO DISMISS THE COMPLAINT OF PLAINTIFFS |
| vs. | ) ) | [F.R.C.P. §41(a)(1)(A)(ii)] |
| CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT; OFFICER SHARLTON WAMPLER; OFFICER ANTONIO VILLEGAS and DOES 1 - 10, inclusive, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**TO THIS HONORABLE COURT,**

Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, OFFICER SHARLTON WAMPLER and ANTONIO VILLEGAS, through their respective counsel, hereby agree and stipulate to allow Plaintiffs TRITOBIA

///

///

1

STIPULATION TO DISMISS THE COMPLAINT OF PLAINTIFFS

1  FORD and EDSELL FORD, through their counsel, to voluntarily dismiss the above
2  entitled action in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
3  Each party to bear their own fees and costs to the date of the signing of the order.

DATED: June 28, 2016          **TREYZON & ASSOCIATES**

                                               /S/
                              By: _____
                                   **FEDERICO C. SAYRE**

                              Attorneys for Plaintiffs EDSELL FORD and TRITOBIA FORD

DATED:  June 28, 2016         **MICHAEL N. FEUER**, City Attorney
                              **THOMAS H. PETERS**, Chief Asst. City Atty.
                              **CORY M. BRENTE,** Supv. Asst. City Attorney
                                               /S/
                              By: _____
                                   **DENISE C. ZIMMERMAN**

                              Attorneys for Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and ANTONIO VILLEGAS

DATED:  June 28, 2016         **LAW OFFICE OF FERGUSON, PRAET & SHERMAN, APC**

                                               /S/
                              By: _____
                                   **ALLEN CHRISTIANSEN**

                              Attorneys for Defendant SHARTON WAMPLER

**IT IS SO ORDERED.**

DATED: June 28, 2016          _____
                              **HONORABLE JOHN F. WALTER**
                              **UNITED STATES DISTRICT COURT**